Wilson Steel Products Company, appellee, v. United States Reduction Company, appellant.   Gen. No. 30,774.

Action for goods sold and delivered.   Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry F. Hamlin, Judge, presiding.   Heard in the second division of this

court for the first district at the October term, 1925. Affirmed. Opinion filed July 13, 1926.

Silber, Isaacs, Silber & Woley, for appellant; Martin J. Isaacs and Donald N. Clausen, of counsel. William R. Brown and Clifford G. Roe, for appellee.

Mr. Justice Barnes delivered the opinion of the court.